

FILED & JUDGMENT ENTERED
Steven T. Salata

December 28 2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE: | Chapter 13
Cletise Eugene Hammonds, Sr. | CASE NO: 17-30823
| Related Docket #: 32
SSN#: XXX-XX-3030

### ORDER

ON 12/15/2021, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

ROBERT PREVOST Present

**AND, THIS COURT FINDS** that:

Plan payments are in substantial default.

Debtor can resume payments January 2022.

**IT IS, THEREFORE, ORDERED** that:

Plan payments are to resume at/to be changed to **$695.00** per month.

Plan composition percentage is set at **1%**.

Attorney for debtor allowed presumptive, non-base fee of **$200.00**.

Motion to Dismiss is denied.

This Order has been signed electronically, pursuant to administrative order of the Court. Effective as of date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY COURT JUDGE

{:20211222231052:}